UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUAN GOMEZ,

                Petitioner,

    -against-

THOMAS GRIFFIN,

               Respondent.
------------------------------------------------------------X

For Online Publication Only

**ORDER**
17-CV-7249 (JMA)

**AZRACK, United States District Judge:**

      Respondent submitted proposed redactions to the Court's March 26, 2021 Memorandum & Order. The Court is redacting the names of certain witnesses from the publicly filed version of the Memorandum & Order. Those witnessed are only identified in the publicly filed version of the Memorandum & Order as "Witness #1," "Witness #2," etc. The Clerk of the Court is directed to mail to Petitioner a copy of this Order along with a copy of the complete and unredacted March 26, 2021 Memorandum & Order. The Clerk of Court is directed to enter judgment and to close this case.

      As explained in the March 26, 2021 Memorandum & Order, a certificate of appealability shall not issue because Petitioner has not made a substantial showing that he was denied any constitutional rights. See 28 U.S.C. § 2253(c)(2). I certify that any appeal of this Order would not be taken in good faith, and thus in forma pauperis status is denied for the purposes of any appeal. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

**SO ORDERED.**

Dated: March 31, 2021
Central Islip, New York

                                                                 /s/ (JMA)
                                                               JOAN M. AZRACK
                                                               UNITED STATES DISTRICT JUDGE